IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DANSHAYE WILLIAMS,

       Petitioner,

v.                                         Case No.  4:14cv23-MW/CAS

JULIE L. JONES, Secretary,
Department of Corrections,

       Respondent.
_____/

## ORDER ACCEPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 14, and has also reviewed *de novo* Petitioner's objections to the report and recommendation, ECF No. 15.   Accordingly

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Petitioner's objections, as this Court's opinion.  The Clerk shall enter judgment stating, "The Petition for Writ of Habeas Corpus filed pursuant to U.S.C. 28 § 2254, ECF No. 1, is **DENIED**.  A certificate of appealability is **DENIED** and leave to appeal *in*

1

*forma pauperis* is **DENIED**."  The Clerk shall close the file.

    **SO ORDERED on July 12, 2016.**

                                  **s/Mark E. Walker                   ____**
                                  **United States District Judge**